IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF COLORADO

Magdalina Kalincheva M.D.,

    Plaintiff,

vs.

Jesse Neubarth & Other Defendants,

    Defendant(s).

_____/

Case No: 14-cv-03048-GPG

DATE: 12/ /2014
TIME:
COURTROOM:
JUDGE:

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 5 2014

JEFFREY P. COLWELL
CLERK

**ORDER NUNC PRO TUNC**

The court has reviewed Ex parte Motion for Orders Nunc Pro Tunc to correct court records, "Notice of Removal of All Cases, Change of Venue, Relief", affidavit, from wrong state court errors, and "Certificates of Service" filed separately for each case in the Superior Court of California county of San Joaquin – Stockton on 11/10/2014, 11/13/2014 - Exhibit 32 Exhibits 1, 6, 31, 32 with documents and removed cases.

☐ ON THE REMOVED cases from wrong state court errors of Kalincheva Magdalina v Neubarth Jesse et al. request of Plaintiff: all removed cases by the adverse party Jesse Neubarth: 244725, 39-2011-00261552-CL-UD-STK, 39-2012-00275450-CL-UD-STK, 39-2012-00282404-CL-UD-STK, SM279031 are dismissed voided, and retained for determining the damages, will not be remanded to Stockton court; all cases by Magdalina Kalincheva: 39-2012-00282401-CL-UD-STK, 39201200280491-CUPOSTK, 39-2012-00279994-SC-SC-STK are retained as proofs of damages and for determining damages, Default Judgment is entered and all requested by her is granted for her unlimited case 39201200280491-CUPOSTK, all her records are cleared to

factually innocent, all relief requested in the Notice of Removal is granted, her House **Deed** shall **be returned to her,** her property shall be fully recovered, **all due immediately,** all costs are garnished from Defendants and transferred to plaintiff via www.dwolla.com to restore her house to change Garage Door and all Locks: **Locksmith shall unlock** all and remove unscrew boards from back of house, Defendant shall **return her house Deed,** shall **recover and restore all her sacred personal property/documents/ paintings/ clothes/heritage/food/court papers/furniture/appliances Two locked suitcases, Two mini screwdrivers, Fine Crocket Austrian Lace Blouse Umbrella from her mother inside** her house at 543 W Vine St. **in order** he found it, **her property shall be intact and fully Recovered,** Nobody can ever touch her sacred property/documents. Defendant has no legal ability to remarry after evading his lawful responsibilities to Plaintiff from 1991 never filed their Two Contracts Affidavit and Marriage and any other documents in any court never gave Plaintiff a copy of them. His Will Trust and other "marriage" to Valentyna designed to evade his lawful responsibilities to Plaintiff are VOID invalid. Plaintiff shall be restored in her own house at 543 W Vine St, Writ of Possession is issued, her Deed shall be returned to her as a specific performance of Affidavit which is appropriate in the circumstances of their case, her personal property/documents/ paintings shall be fully recovered and restored inside her house in order he found them. Arrest warrants are issued for all **Defendants their families wife's and children are arrested** never to be released until Capital punishment Death penalty, all their assets are garnished for transfer to plaintiff, then all their families shall be euthanized – society does not need murderers, Life destroyers, evil, moral turpitude, deception, bad acts.                                              *It is so ordered.*


Dated: 12/  /2014

_____
                                                                /s/
Page 2 of 2  **ORDER NUNC PRO TUNC**

Instant Action to be off Food Stamps C# 2007381                    12/08/2014